UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                Civil Action
                No: 05-12216-WGY

**THOMAS W. CASH**
Plaintiff

v.

**CYCLE CRAFT COMPANY, INC.**

Defendant

JUDGMENT

     This action came before the Court for a Hearing on Defendants' Motion for Summary Judgment. The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT CYCLE CRAFT COMPANY, INC.**

                Sarah A. Thornton
                Clerk


                /s/ Elizabeth Smith
                **Deputy Clerk**

April 6, 2007
To: All Counsel